**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR316 |
| vs. | ) | ORDER |
| ENRIQUE NAJAR and BRETT BOOKER, | ) | |
| Defendants. | ) | |

This matter is before the court on the motions for an extension of time by defendants Enrique Najar (Najar) (Filing No. 30) and Brett Booker (Booker) (Filing No. 29). Booker seeks an extension of sixty days in which to file pretrial motions in accordance with the progression order and Najar seeks an extension of thirty days. Upon consideration, the motions will be granted and the pretrial motion deadline will be extended as to both defendants for a period of sixty days.

**IT IS ORDERED:**

Defendants' motions for an extension of time (Filing Nos. 29 and 30) are granted. The defendants are given until **on or before December 28, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 24, 2014, and December 28, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 24th day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge