IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,        )<br>  )<br>  vs.                             )<br>  )<br>ENRIQUE NAJAR and       )<br>BRETT BOOKER,             )<br>  )<br>         Defendants.       ) | 8:14CR316<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant Brett Booker (Booker) (Filing No. 43). Booker seeks an extension of fourteen days in which to file pretrial motions in accordance with the progression order (Filing No. 20). Booker's counsel represents that Booker will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Booker's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted and the pretrial motion deadline will be extended as to both defendants.

**IT IS ORDERED:**

Defendant Booker's motion for an extension of time (Filing No. 43) is granted. Booker and Najar are given until **on or before April 16, 2015,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 1, 2015, and April 16, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 1st day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge